THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIC TAZZA<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>GREENWOOD GAMING AND<br>ENTERTAINMENT, INC. and<br>PARX CASINO and<br>GREENWOOD ENTERTAINMENT<br>SERVICES, INC. and<br>BENSALEM RACING ASSOCIATION,<br>INC. and PARX CASINO DESIGN, INC.<br>and PHILADELPHIA PARK CASINO<br><br>　　　　　　　　Defendants | CASE NO. 11-6244 |

## STIPULATION OF DISMISSAL

It is hereby agreed between and among the parties that the above-captioned matter is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(A)(ii).


THE LAW OFFICE OF　　　　　　　　KANE, PUGH, KNOELL,
GREGORY A. SMITH LLC　　　　　　TROY & KRAMER


BY: _____　　　　BY: _____
　　GREGORY A. SMITH, ESQUIRE　　　　ANDREW J. KRAMER, ESQUIRE
　　Attorney for Plaintiff　　　　　　　　Attorney for Defendants


　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J.